```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, SBN 78624
 2  WHIT GRIFFINGER, SBN 255814
    717 Washington Street, Second Floor
 3  Oakland, CA 94607
    Telephone: (510) 451-4600
 4  Fax: (510) 451-3002

 5  Attorney for Defendant
    JIMMIE CRANEY
 6

 7
                   IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,    )  No. CR 08-0614 MMC
11                               )
           Plaintiff,            )  STIPULATION FOR CONTINUANCE
12                               )  OF HEARING ON MOTIONS
    v.                           )
13                               )  AND OTHER THEREON
    JIMMIE CRANEY,               )
14                               )
           Defendant.            )  DATE: February 4, 2009
15                                  TIME: 2:30 p.m.
                                    COURTROOM: MMC
16
```

IT IS HEREBY STIPULATED AND AGREED by and between defendant Jimmie Craney and the United States, by and through counsel, that the hearing on motions in the above referenced matter, currently scheduled for February 4, 2009 at 2:30 P.M. before the Honorable Maxine M. Chesney of the United States District Court for the Northern District of California, be continued to February 18, 2009, at 2:30 p.m.

SO STIPULATED:

```
 1/15/09                    /s/ Paul Delano Wolf
Dated                       PAUL DELANO WOLF
                            Attorney for Defendant
                            JIMMIE CRANEY

//
```

SO STIPULATED:

| | |
|---|---|
| 1/15/09 | /s/ William Frentzen |
| Dated | WILLIAM FRENTZEN |
| | Assistant United States Attorney |

SO ORDERED:

| | |
|---|---|
| January 16, 2009 | *[signature]* |
| Date | HONORABLE MAXINE M. CHESNEY |
| | United States District Judge |