1  LAW OFFICES OF PAUL DELANO WOLF
   PAUL DELANO WOLF, SBN 78624
2  717 Washington Street, Second Floor
   Oakland, CA 94607
3  Telephone: (510) 451-4600
   Fax: (510) 451-3002
4
   Attorney for Defendant
5  JIMMIE CRANEY

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  No. CR 08-0614 MMC
                                    )
11          Plaintiff,              )  STIPULATION FOR CONTINUANCE
                                    )  OF HEARING ON MOTIONS
12 v.                               )
                                    )  **AND ORDER THEREON**
13 JIMMIE CRANEY,                   )
                                    )
14 _____Defendant._____)  DATE: February 18, 2009
                                       TIME: 2:30 p.m.
15                                     COURTROOM: MMC

16          IT IS HEREBY STIPULATED AND AGREED by and between

17 defendant Jimmie Craney and the United States, by and through

18 counsel, that the hearing on motions in the above referenced

19 matter, currently scheduled for February 18, 2009 at 2:30 P.M.

20 before the Honorable Maxine M. Chesney of the United States

21

22 //

23

24

25

26

27

28

District Court for the Northern District of California, be continued to March 18, 2009, at 2:30 p.m.

SO STIPULATED:

 2/13/09                          /s/ Paul Delano Wolf
Dated                           PAUL DELANO WOLF
                                Attorney for Defendant
                                JIMMIE CRANEY

SO STIPULATED:

 2/13/09                          /s/ Andrew Caputo
Dated                           ANDREW CAPUTO
                                Assistant United States Attorney

SO ORDERED:

 February 17, 2009                _____
Date                            HONORABLE MAXINE M. CHESNEY
                                United States District Judge