```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
717 Washington Street, Second Floor
Oakland, CA 94607
Telephone: (510) 451-4600
Fax: (510) 451-3002

Attorney for Defendant
JIMMIE CRANEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0614 MMC |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF HEARING ON MOTIONS |
| v. | AND ORDER THEREON |
| JIMMIE CRANEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Jimmie Craney and the United States, by and through counsel, that the hearing on motions in the above referenced matter, currently scheduled for March 18, 2009 at 2:30 p.m. before the Honorable Maxine M. Chesney, be continued April 8, 2009, at 2:30 p.m.

SO STIPULATED.

```
 3/13/09                        /s/ Paul Delano Wolf
Dated                          PAUL DELANO WOLF
                               Attorney for Defendant
                               JIMMIE CRANEY
```

SO STIPULATED.

```
 3/13/09                        /s/ Andrew Caputo
Dated                          ANDREW CAPUTO
                               Assistant United States Attorney
```

SO ORDERED.

```
March 16, 2009                 _____
Date                           HONORABLE MAXINE M. CHESNEY
                               United States District Judge
```