```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
717 Washington Street, Second Floor
Oakland, CA 94607
Telephone: (510) 451-4600
Fax: (510) 451-3002

Attorney for Defendant
JIMMIE CRANEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMIE CRANEY,<br><br>    Defendant. | No. CR 08-0614 MMC<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON MOTIONS**<br><br>AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Jimmie Craney and the United States, by and through counsel, that the hearing on motions in the above referenced matter, currently scheduled for April 8, 2009 at 2:30 p.m. before the Honorable Maxine M. Chesney, be continued to May 13, 2009, at 2:30 p.m.

SO STIPULATED.

```
  4/3/09                    /s/ Paul Delano Wolf
Dated                       PAUL DELANO WOLF
                            Attorney for Defendant
                            JIMMIE CRANEY
```

SO STIPULATED.

```
  4/3/09                    /s/ Andrew Caputo
Dated                       ANDREW CAPUTO
                            Assistant United States Attorney
```

SO ORDERED.

```
 April 6, 2009              [signature]
Date                        HONORABLE MAXINE M. CHESNEY
                            United States District Judge
```